UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOURTHERN DIVISION

DONYELLE WOODS,

    Petitioner,                                         Case No. 09-11455

v.

KENNETH MCKEE,

    Respondent.
_____/

**ORDER GRANTING PETITIONER'S MOTIONS FOR IMMEDIATE
CONSIDERATION AND TO EXTEND TIME**

Petitioner filed a motion for an extension of time to file his amended petition for habeas corpus. This case was stayed on August 27, 2009, and Petitioner was given 28 days to file an amended petition with the court following exhaustion of state court remedies. On September 30, 2013, the Michigan Supreme Court denied Petitioner's motion for reconsideration, thus ending his state court proceedings. Petitioner moves to extend the time for filing his amended petition to 60 days because new law students have been assigned to work on the case. Respondent does not oppose the motion.

Fed. R. Civ. P. 6(b)(1)(A) authorizes the court to extend any deadline for good cause. For the reasons stated in the motion, the Court grants the motion. Accordingly,

IT IS ORDERED that Petitioner's "Motion for Immediate Consideration" is

granted. [Dkt. # 24]

IT IS FURTHER ORDERED that Petitioner's "Motion to Extend Time to File Amended Habeas Petition" is granted. [Dkt. # 23]  Petitioner is directed to file his amended petition no later than November 29, 2013.

       s/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 25, 2013, by electronic and/or ordinary mail.

       s/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522